Form clsnodsc − ntcclsnodis

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  14−13647−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Nicolas Rolden                                       Antonia Rolden
  aka Nicolas Rolden−Diaz                   aka Antonia Cepada De Roldan
  144 Collins Ave.                                  144 Collins Ave.
  Pleasantville, NJ 08232                    Pleasantville, NJ 08232

Social Security No.:
  xxx−xx−9682                                        xxx−xx−5160

Employer's Tax I.D. No.:

---

**NOTICE OF DEFICIENCY CONCERNING DISCHARGE**

    You are hereby notified that the above−named case will be closed without entry of discharge on or after October 11, 2018 for the reason(s) indicated below.

- ☑   Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑   Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: September 11, 2018
JAN: eag

                                                                              Jeanne Naughton
                                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Nicolas Rolden  
Antonia Rolden  
     Debtors

Case No. 14-13647-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin           Page 1 of 1           Date Rcvd: Sep 11, 2018  
                       Form ID: clsnodsc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2018.  
db/jdb        +Nicolas Rolden,   Antonia Rolden,   144 Collins Ave.,   Pleasantville, NJ 08232-2108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 11 2018 23:25:01     U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534  
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 11 2018 23:24:59     United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235  
                                                                                           TOTAL: 2

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2018 at the address(es) listed below:  
        Alexandra T. Garcia   on behalf of Creditor   EverBank NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
        Andrew L. Spivack   on behalf of Creditor   GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY FIRST NLC FINANCIAL SERVICES, LLC, DBA THE LENDING CENTER nj.bkecf@fedphe.com  
        Brian C. Nicholas   on behalf of Creditor   DITECH FINANCIAL LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Celine P. Derkrikorian   on behalf of Creditor   EverBank njecfmail@mwc-law.com  
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Jennifer R. Gorchow   on behalf of Creditor   GREEN TREE SERVICING, LLC. nj.bkecf@fedphe.com  
        Rebecca Ann Solarz   on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com  
        Thomas E. Dowey   on behalf of Joint Debtor Antonia Rolden tdesquire@hotmail.com  
        Thomas E. Dowey   on behalf of Debtor Nicolas Rolden tdesquire@hotmail.com  
                                                                                                           TOTAL: 10