Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                       Case No.: 14–13647–ABA
                       Chapter: 13
                       Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Nicolas Rolden | Antonia Rolden |
| aka Nicolas Rolden–Diaz | aka Antonia Cepada De Roldan |
| 144 Collins Ave. | 144 Collins Ave. |
| Pleasantville, NJ 08232 | Pleasantville, NJ 08232 |

Social Security No.:
  xxx–xx–9682                                  xxx–xx–5160

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 12, 2018</u>                 <u>Andrew B. Altenburg Jr.</u>
                                              Judge, United States Bankruptcy Court